# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TERRANCE NELSON CATES,

    Plaintiff,

v.                                            Case No:   6:19-cv-1670-PGB-LHP

ZELTIQ AESTHETICS, INC.,

    Defendant

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** ZELTIQ AESTHETICS, INC.'S SUPPLEMENTAL MOTION ON AMOUNT OF FEES AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 150)
>
> **FILED:** February 25, 2022
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

This case is currently on appeal to the United States Court of Appeals for the Eleventh Circuit. *See* Doc. Nos. 140–42. Because determination of the appeal, regardless of its outcome, may affect consideration of the issue of attorney's fees,

the undersigned finds it appropriate to await the outcome of the appeal before resolving the above-styled motion.  *See Morrison v. Amway Corp.*, No. 6:01-cv-0749-Orl-22JGG, 2003 WL 25570793, at *1 (M.D. Fla. Nov. 10, 2003) ("[T]he Court has discretion to deny a motion for attorney's fees without prejudice to refile after the appeal has concluded.").  *See also, e.g.*, *E-Z Dock, Inc. v. Snap Dock, LLC,* No. 2:21-cv-450-SPC-NPM, 2022 WL 19914347, at *2 (M.D. Fla. Oct. 24, 2022) (exercising discretion to defer resolution of attorney's fees until after resolution of appeal); *Action Nissan, Inc. v. Hyundai Motor Am. & Genesis Motor Am.*, No. 6:18-cv-380-WWB-EJK, 2022 WL 17409415, at *1 (M.D. Fla. Feb. 7, 2022) (same); *Yellowpages Photos, Inc. v. YP, LLC*, No. 8:17-cv-764-T-36JSS, 2020 WL 6729719, at *2 (M.D. Fla. Oct. 29, 2020), *report and recommendation adopted*, 2020 WL 6728846 (M.D. Fla. Nov. 16, 2020) (same); *Truesdell v. Thomas*, No. 5:13-cv-552-Oc-10PRL, 2016 WL 7049252, at *3 (M.D. Fla. Dec. 5, 2016) (same).

Accordingly, Defendant's Supplemental Motion on Amount of Fees (Doc. No. 150) is **DENIED without prejudice** to filing a renewed motion, if appropriate, within twenty-one days after issuance of the mandate by the Eleventh Circuit.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2023.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties